**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LA DOLCE VITA FINE DINING COMPANY LIMITED and LA DOLCE VITA FINE DINING GROUP HOLDINGS LIMITED,<br><br>            Petitioners,<br><br>  v.<br><br>ZHANG LAN and APEX LEAD INVESTMENT HOLDINGS LIMITED,<br><br>          Respondents. | No. 23-cv-6273-ALC<br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

**APEX LEAD INVESTMENT HOLDINGS LIMITED'S**
**<u>NOTICE OF MOTION TO DISMISS PETITION</u>**

PLEASE TAKE NOTICE THAT Respondent Apex Lead Investment Holdings Limited, by and through its undersigned counsel, hereby moves the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, at 40 Foley Square, New York, New York 10007, for an order dismissing petitioners' Petition to Confirm and Enforce Foreign Arbitration Awards (Dkt. 1) pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), (6), and (7). The grounds for the motion are set forth in the accompanying memorandum of law and the exhibits and other materials previously filed in the case.

Dated:  February 27, 2024
New York, New York

Respectfully submitted,

   /s/ Robert K. Kry

Swara Saraiya
MOLOLAMKEN LLP
430 Park Avenue, 6th Floor
New York, New York  10022
Tel.: (212) 607-8160
Fax: (212) 607-8161
ssaraiya@mololamken.com

Robert K. Kry
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
Tel.: (202) 556-2011
Fax: (202) 556-2001
rkry@mololamken.com

*Attorneys for Respondent*
*Apex Lead Investment Holdings Ltd.*

2