**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
**LA DOLCE VITA FINE DINING CO.**                        :
**LTD., et al.,**                                        :
                                                         :
                              **Plaintiffs,**            :      **23-cv-6273 (ALC)**
                                                         :
                        **-against-**                    :      **ORDER**
                                                         :
**ZHANG LAN, et al.,**                                   :
                                                         :
                              **Defendants.**            :
                                                         :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on **May 23, 2024 at**

**12:00 p.m. Eastern Time**.  The Parties should contact the Court at 1-888-363-4749 (Conference

Code: 3768660) on the date and time specified above.


**SO ORDERED.**

**Dated:**    **May 13, 2024**
              **New York, New York**

_____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**