

Eric B. Fisher
Binder & Schwartz LLP          (T) 212.933.4551
675 Third Avenue  26th Floor    (F) 212.510.7299
New York, NY 10017             efisher@binderschwartz.com

May 15, 2024

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/24 _____

**<u>VIA ECF AND EMAIL</u>**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    ***La Dolce Vita Fine Dining Co. Ltd., et al. v. Zhang Lan, et al.***
              **Case No. 1:23-cv-06273-ALC**

Dear Judge Carter:

     Pursuant to Section 1.D of Your Honor's Individual Practices, I write on behalf of Respondent Zhang Lan to request a rescheduling of the telephonic status conference currently scheduled for May 23, 2024 at 12:00 p.m. Eastern Time.

     I am unfortunately unavailable on May 23, 2024 due to a previously scheduled commitment in another matter in Kansas City, Missouri.  I have conferred with counsel for the Petitioners and with counsel for Apex Lead Investment Holdings Limited, and we have arrived at the following dates on which all counsel are available all day:

- Friday, May 24, 2024;
- Tuesday, May 28, 2024;
- Friday, May 31, 2024; and
- Tuesday, June 4, 2024.

     Accordingly, subject to the Court's convenience and availability, I respectfully request that the status conference be rescheduled to a date and time within one of the foregoing windows of availability.  This is the first request for a rescheduling of the status conference by any party to this action.  All parties to this action consent to such a rescheduling.

     I thank the Court for its consideration of this rescheduling request.



Respectfully submitted,

Eric B. Fisher

_____

Eric B. Fisher

cc:    Jack B. Gordon
         Robert K. Kry
         Tara J. Plochocki
         Swara Saraiya

**This conference is adjourned to May 24, 2024 at 3pm Eastern Time.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 16, 2024
New York, New York

2