UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
LA DOLCE VITA FINE DINING                               :
COMPANY LIMITED,                                        :
                                                        :
                              Petitioner,               :    1:23-cv-06273 (ALC)
                                                        :
                    -against-                           :    1:19-mc-00536 (ALC)
                                                        :
ZHANG LAN & APEX LEAD                                   :    ORDER
INVESTMENT HOLDINGS LIMITED,                            :
                                                        :
                              Respondents.              :
------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will conduct a telephone status conference in this action on **November 8, 2024, at 1:30PM**.   All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:   October 29, 2024**
       **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**