**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LA DOLCE VITA FINE DINING COMPANY
LIMITED and LA DOCLE VITA FINE DINING
GROUP HOLDINGS LIMITED,

                  Petitioners,                    23 **CIVIL** 6273 (ALC)

      -against-                              **JUDGMENT**

ZHANG LAN and APEX LEAD INVESTMENT
HOLDINGS LIMITED,

                  Respondents.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2026, the Court DISMISSES Apex from this action. The Awards are hereby CONFIRMED under the New York Convention as to Zhang and can be ENFORCED by the United States Court for the Southern District of New York. Judgment is entered in favor of the Petitioners.

**Dated**: New York, New York
      March 31, 2026

                                   **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

                  **BY:**

                                    _____
                                    **Deputy Clerk**